Joseph H. Harrington
United States Attorney
Eastern District of Washington
Brian M. Donovan
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>APPROXIMATELY $23,857.90 U.S. CURRENCY,<br><br>               Defendant. | Case No:<br><br>VERIFIED COMPLAINT FOR FORFEITURE *IN REM* |

Plaintiff, United States of America, by its attorneys, Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and Brian M. Donovan, Assistant U.S. Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

I. NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the above-captioned Defendant property seized by the United States Drug Enforcement Administration for violations of Title II of the Controlled Substances Act, 21 U.S.C. § 801 et seq.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  -1

## II. THE DEFENDANT(S) *IN REM*

2. The Defendant property consists of the following property:

(a) Receipt dated March 6, 2016, for $23,857.90 USD in Northern Quest Resort and Casino winnings, labeled "JP Safekeeping, barcode number XXXXXX3347 (hereinafter "Casino Receipt");

(b) The Casino Receipt's value of $23,857.90 U.S. currency in winnings payable by Northern Quest Resort and Casino.

## III. JURISDICTION AND VENUE

3. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a). This Court has *in rem* jurisdiction over the Defendant property under 28 U.S.C. § 1355(b).

4. Upon the filing of this complaint, Plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which Plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district pursuant to 28 U.S.C. §1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## IV. BASIS FOR FORFEITURE

6. Plaintiff repeats and re-alleges each and every allegation set forth in Paragraphs 1 through 5 above.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*                                    -2

7.	The Defendant property is liable to condemnation and forfeiture to the United States for its use, in accordance with the provisions of 21 U.S.C. § 881(a)(6), because it constitutes: 1) money, negotiable instruments, securities and other things of value furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; 2) proceeds traceable to such an exchange; and/or 3) money, negotiable instruments, and securities used and intended to be used to facilitate a violation of the Controlled Substances Act.

## V. FACTS

8.	In 2014, the Spokane Violent Crime Gang Enforcement Team (SVCGET), which includes the Federal Bureau of Investigation and the Spokane Police Department, initiated an investigation into narcotics trafficking activities being facilitated by several individuals in and around Yakima, Washington, and Spokane, Washington, metropolitan areas. The investigation identified several individuals who were facilitating narcotics trafficking in the area including Francisco Martinez-Perez and Martinez-Perez's girlfriend Ana Laura Diaz-Negrete, among others.

9.	Based upon information discovered during the investigation, search warrants and arrest warrants for multiple locations and people were obtained and executed on June 13, 2017, and June 15, 2017. Pursuant to the search warrants and arrest warrants, law enforcement seized various items including multiple vehicles, over $700,000 in US currency, several weapons, ammunition, and large amounts of cocaine.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*	-3

10. On June 15, 2017, in connection with the search warrants and arrest warrants executed as referenced in Paragraph 9, Detective Brad Richmond and Border Patrol Agent Mike Pitts arrived at 9518 E. 4th Avenue, Trailer #61, Spokane Valley, Washington, in an attempt to conduct a consent search and contact Ana Laura Diaz-Negrete and/or Francisco Martinez-Perez.

11. Detective Richmond and Agent Pitts made contact with Diaz-Negrete, and Agent Pitts took Diaz-Negrete into custody for her immigration status and detained her. She was read a warning of her constitutional rights and Diaz-Negrete voluntarily gave Agent Pitts consent to search the residence at 9518 E. 4th Avenue, Trailer #61. The reading of her rights and the consent search waiver were audibly recorded. Diaz-Negrete was brought inside the residence by Detective Richmond and Agent Pitts during the search so she could revoke consent at any time.

12. During the search of the residence, law enforcement officers found, among other items, the Casino Receipt dated March 6, 2016, in a back bedroom. Other items seized from the residence include a box of ammunition and a cell phone in a lock safe; a money transfer receipt to Mexico; a certificate of title for a Ford vehicle in the name of Francisco Martinez-Perez; a bill of sale and receipt for the trailer located at 9518 E. 4th Ave., Trailer #61, in the name of Francisco Martinez-Perez; and forged identification including a social security card in the name of Ana L. Diaz with a fake social security number and a permanent residence card.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*                                                     -4

13. Diaz-Negrete was asked who owned the Casino Receipt. She stated that the Casino Receipt was owned by Israel Barbosa. Diaz-Negrete identified Barbosa as the nephew of Martinez-Perez. Barbosa's address of residence was listed by the Department of Licensing as 9518 E. 4th Avenue, Trailer #61.

14. As part of the SVCGET investigation, Francisco Martinez-Perez and Ana Laura Diaz-Negrete were both identified as individuals involved with the trafficking of illegal controlled substances in the Spokane area. Intelligence gathered indicates that Francisco Martinez-Perez is in the hierarchy of a Mexican cartel-affiliated drug trafficking organization and is known to distribute kilogram-level quantities of cocaine and methamphetamine in Eastern Washington.

15. A report run by Washington State Employment Security Department on September 27, 2016, shows no wages reported by employers for Francisco Martinez-Perez from July 1, 2013, through June 30, 2016.

16. A report run by Washington State Employment Security Department on June 14, 2016, shows no wages reported by employers for Ana Laura Diaz-Negrete from January 1, 2013, through March 31, 2016.

17. At the time of the search, Barbosa was 18 years old (DOB: 5/28/1999). However, as of the date on the Casino Receipt, Barbosa was 17 years old, under the legal age for gambling in the state of Washington.

18. Barbosa was charged with a first degree assault with a knife that occurred on April 23, 2016, at Taqueria la Flor de Michoacan, the restaurant owned by Diaz-

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*                                  -5

Negrete and/or Martinez-Perez which, according to the underlying investigation, was used as a front for narcotics trafficking.

19. As a result of the underlying ongoing investigation into narcotics trafficking, law enforcement officers received information that Martinez-Perez fled to Mexico in late April 2016 or early May 2016. Law enforcement officers also received information that Barbosa accompanied Martinez-Perez to Mexico at this time.

20. Detective Richmond notified the Northern Quest Resort and Casino of the intended seizure of the US currency as it was believed that the jackpot was won with proceeds from illegal narcotics trafficking.

21. On June 20, 2017, related to the ongoing narcotics trafficking investigation, the United States filed an Indictment charging several individuals, including Martinez-Perez, with Conspiracy to Distribute Cocaine and 500 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1),(b)(1)(A)(viii).

22. On July 11, 2017, the United States filed a Superseding Indictment which contained a forfeiture allegation against the Casino Receipt seized from 9518 E. 4th Ave., Trailer #61, on June 15, 2017.

23. There are no known claims by any individuals to the Casino Receipt. Martinez-Perez remains a fugitive who is believed to reside in Mexico. Barbosa, an

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*                -6

uncharged co-conspirator in the related criminal case, remains a fugitive in relation to his Washington State assault charge and is believed to continue to reside in Mexico.

## VI. CONCLUSION

WHEREFORE, Plaintiff requests that the Clerk of the Court issue a warrant for the arrest of the Defendant property; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the property; that the Defendant property be forfeited and condemned to the United States of America; that Plaintiff be awarded its costs and disbursements in this action and for such other and further relief as this Court deems proper and just.

DATED this 18th day of June 2019.

Joseph H. Harrington
United States Attorney

*s/ Brian M. Donovan*
Brian M. Donovan
Assistant United States Attorney

## VERIFICATION

I, Devin Presta, hereby verify and declare under penalty of perjury that I am a Task Force Officer with the Federal Bureau of Investigation/Eastern Washington Spokane Regional Safe Streets Task Force in Spokane, Washington, that I have read the foregoing Verified Complaint *in rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except

those matters herein stated to be alleged on information and belief, and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States and information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Task Force Officer.

I hereby verify and declare under penalty of perjury that the foregoing information is true and correct.

DATED this __18th__ day of June 2019.

_____
Detective Devin Presta, Task Force Officer
Federal Bureau of Investigation/Eastern Washington
Spokane Regional Safe Streets Task Force

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*                              -8

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Brian M. Donovan, AUSA, United States Attorney's Office, P.O. Box 1494, Spokane, WA 99210-1494 (509) 353-2767

### DEFENDANTS
Approximately $23,857.90 U.S. Currency

County of Residence of First Listed Defendant: Spokane
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [X] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 864 SSID Title XVI | [ ] 850 Securities/Commodities/Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/Accommodations / [ ] 530 General | | | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education / [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | / [ ] 550 Civil Rights | | | |
| | / [ ] 555 Prison Condition | | | |
| | / [ ] 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*
[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 U.S.C. § 881
Brief description of cause:
civil forfeiture of drug proceeds

### VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [X] No

### VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: Nielsen
DOCKET NUMBER: 17-CR-0101-WFN-10

DATE: 06/18/2019
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____