Joseph H. Harrington
United States Attorney
Eastern District of Washington
Brian M. Donovan
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>APPROXIMATELY $23,857.90 U.S. CURRENCY,<br><br>Defendant. | Case No: 2:19-CV-00213-SMJ<br><br>AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM* |

Plaintiff, United States of America, by its attorneys, Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and Brian M. Donovan, Assistant U.S. Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

I. NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the above-captioned Defendant property seized by the Federal Bureau of Investigation for violations of Title II of the Controlled Substances Act, 21 U.S.C. § 801 et seq.

AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM* - 1

## II. THE DEFENDANT(S) *IN REM*

2. The Defendant property consists of the following property:

(a) Receipt dated March 6, 2016, for $23,857.90 USD in Northern Quest Resort and Casino winnings, labeled "JP Safekeeping, barcode number XXXXXX3347 (hereinafter "Casino Receipt");

(b) The Casino Receipt's value of $23,857.90 U.S. currency in winnings payable by Northern Quest Resort and Casino.

## III. JURISDICTION AND VENUE

3. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a). This Court has *in rem* jurisdiction over the Defendant property under 28 U.S.C. § 1355(b).

4. Upon the filing of this complaint, Plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which Plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district pursuant to 28 U.S.C. §1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## IV. BASIS FOR FORFEITURE

6. Plaintiff repeats and re-alleges each and every allegation set forth in Paragraphs 1 through 5 above.

AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM*    -2

7. The Defendant property is liable to condemnation and forfeiture to the United States for its use, in accordance with the provisions of 21 U.S.C. § 881(a)(6), because it constitutes: 1) money, negotiable instruments, securities and other things of value furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; 2) proceeds traceable to such an exchange; and/or 3) money, negotiable instruments, and securities used and intended to be used to facilitate a violation of the Controlled Substances Act.

## V. <u>FACTS</u>

8. In 2014, the Spokane Violent Crime Gang Enforcement Team (SVCGET), which includes the Federal Bureau of Investigation and the Spokane Police Department, initiated an investigation into narcotics trafficking activities being facilitated by several individuals in and around Yakima, Washington, and Spokane, Washington, metropolitan areas. The investigation identified several individuals who were facilitating narcotics trafficking in the area including Francisco Martinez-Perez and Martinez-Perez's girlfriend Ana Laura Diaz-Negrete, among others.

9. Based upon information discovered during the investigation, search warrants and arrest warrants for multiple locations and people were obtained and executed on June 13, 2017, and June 15, 2017. Pursuant to the search warrants and arrest warrants, law enforcement seized various items including multiple vehicles, over $700,000 in US currency, several weapons, ammunition, and large amounts of cocaine.

AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM*    -3

10. On June 15, 2017, in connection with the search warrants and arrest warrants executed as referenced in Paragraph 9, Detective Brad Richmond and Border Patrol Agent Mike Pitts arrived at 9518 E. 4th Avenue, Trailer #61, Spokane Valley, Washington, in an attempt to conduct a consent search and contact Ana Laura Diaz-Negrete and/or Francisco Martinez-Perez.

11. Detective Richmond and Agent Pitts made contact with Diaz-Negrete, and Agent Pitts took Diaz-Negrete into custody for her immigration status and detained her. She was read a warning of her constitutional rights and Diaz-Negrete voluntarily gave Agent Pitts consent to search the residence at 9518 E. 4th Avenue, Trailer #61. The reading of her rights and the consent search waiver were audibly recorded. Diaz-Negrete was brought inside the residence by Detective Richmond and Agent Pitts during the search so she could revoke consent at any time.

12. During the search of the residence, law enforcement officers found, among other items, the Casino Receipt dated March 6, 2016, in a back bedroom. Other items seized from the residence include a box of ammunition and a cell phone in a lock safe; a money transfer receipt to Mexico; a certificate of title for a Ford vehicle in the name of Francisco Martinez-Perez; a bill of sale and receipt for the trailer located at 9518 E. 4th Ave., Trailer #61, in the name of Francisco Martinez-Perez; and forged identification including a social security card in the name of Ana L. Diaz with a fake social security number and a permanent residence card.

AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM*        -4

13. Diaz-Negrete was asked who owned the Casino Receipt. She stated that the Casino Receipt was owned by Israel Barbosa. Diaz-Negrete identified Barbosa as the nephew of Martinez-Perez. Barbosa's address of residence was listed by the Department of Licensing as 9518 E. 4th Avenue, Trailer #61.

14. As part of the SVCGET investigation, Francisco Martinez-Perez and Ana Laura Diaz-Negrete were both identified as individuals involved with the trafficking of illegal controlled substances in the Spokane area. Intelligence gathered indicates that Francisco Martinez-Perez is in the hierarchy of a Mexican cartel-affiliated drug trafficking organization and is known to distribute kilogram-level quantities of cocaine and methamphetamine in Eastern Washington.

15. A report run by Washington State Employment Security Department on September 27, 2016, shows no wages reported by employers for Francisco Martinez-Perez from July 1, 2013, through June 30, 2016.

16. A report run by Washington State Employment Security Department on June 14, 2016, shows no wages reported by employers for Ana Laura Diaz-Negrete from January 1, 2013, through March 31, 2016.

17. At the time of the search, Barbosa was 18 years old (DOB: 5/28/1999). However, as of the date on the Casino Receipt, Barbosa was 17 years old, under the legal age for gambling in the state of Washington.

18. Barbosa was charged with a first degree assault with a knife that occurred on April 23, 2016, at Taqueria la Flor de Michoacan, the restaurant owned by Diaz-

AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM*    -5

Negrete and/or Martinez-Perez which, according to the underlying investigation, was used as a front for narcotics trafficking.

19.  As a result of the underlying ongoing investigation into narcotics trafficking, law enforcement officers received information that Martinez-Perez fled to Mexico in late April 2016 or early May 2016. Law enforcement officers also received information that Barbosa accompanied Martinez-Perez to Mexico at this time.

20.  Detective Richmond notified the Northern Quest Resort and Casino of the intended seizure of the US currency as it was believed that the jackpot was won with proceeds from illegal narcotics trafficking.

21.  On June 20, 2017, related to the ongoing narcotics trafficking investigation, the United States filed an Indictment charging several individuals, including Martinez-Perez, with Conspiracy to Distribute Cocaine and 500 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1),(b)(1)(A)(viii).

22.  On July 11, 2017, the United States filed a Superseding Indictment which contained a forfeiture allegation against the Casino Receipt seized from 9518 E. 4th Ave., Trailer #61, on June 15, 2017.

23.  There are no known claims by any individuals to the Casino Receipt. Martinez-Perez remains a fugitive who is believed to reside in Mexico. Barbosa, an

AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM*                    -6

uncharged co-conspirator in the related criminal case, remains a fugitive in relation to his Washington State assault charge and is believed to continue to reside in Mexico.

## VI. CONCLUSION

WHEREFORE, Plaintiff requests that the Clerk of the Court issue a warrant for the arrest of the Defendant property; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the property; that the Defendant property be forfeited and condemned to the United States of America; that Plaintiff be awarded its costs and disbursements in this action and for such other and further relief as this Court deems proper and just.

DATED this 9th day of July 2019.

Joseph H. Harrington
United States Attorney

*s/ Brian M. Donovan*
Brian M. Donovan
Assistant United States Attorney

## VERIFICATION

I, Devin Presta, hereby verify and declare under penalty of perjury that I am a Task Force Officer with the Federal Bureau of Investigation/Eastern Washington Spokane Regional Safe Streets Task Force in Spokane, Washington, that I have read the foregoing Verified Complaint *in rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except

AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM*                    -7

those matters herein stated to be alleged on information and belief, and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States and information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Task Force Officer.

I hereby verify and declare under penalty of perjury that the foregoing information is true and correct.

DATED this  19th  day of July 2019.

_____
Detective Devin Presta, Task Force Officer
Federal Bureau of Investigation/Eastern Washington
Spokane Regional Safe Streets Task Force

AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM*    -8