FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $23,857.90 US CURRENCY,<br><br>Defendant. | No.   2:19-cv-00213-SMJ<br><br>**FINAL ORDER OF FORFEITURE AND ORDER GRANTING DEFAULT JUDGMENT**<br><br>***U.S. MARSHALS SERVICE ACTION REQUIRED**** |

Before the Court, without oral argument, is the United States' Motion for Default Judgment and Final Order of Forfeiture, ECF No. 19. Having considered the pleadings and file in this matter, the Court is fully informed and grants the United States' motion and enters the following Final Order of Forfeiture.

Plaintiff alleged in a Verified Complaint for Forfeiture In Rem, ECF No. 1, and in an Amended Verified Complaint for Forfeiture In Rem, ECF No. 2, that the Defendant property captioned above is subject to forfeiture to the United States under 21 U.S.C. § 881.

The Court has jurisdiction over this matter under 28 U.S.C. § 1355, and venue is proper under the same statute.

FINAL ORDER OF FORFEITURE AND ORDER GRANTING DEFAULT
JUDGMENT – 1

The Defendant property being sought for forfeiture is described as follows:

(a) Receipt dated March 6, 2016, for $23,857.90 USD in Northern Quest Resort and Casino winnings, labeled "JP Safekeeping, barcode number XXXXXX3347 (hereinafter "Casino Receipt");
(b) The Casino Receipt's value of $23,857.90 U.S. currency in winnings payable by Northern Quest Resort and Casino.

On August 8, 2019, the United States Marshals Service executed the Warrant of Arrest In Rem. ECF No. 8.

On August 10, 2019, through September 8, 2019, notice of forfeiture was posted on an official government website, www.forfeiture.gov. ECF No. 9.

On or about November 20, 2019, and/or January 28, 2020, all known and potential claimants were provided notice of this civil forfeiture action. ECF Nos. 10, 11.

On May 9, 2020, a Clerk's Order of Default was entered against potential claimant, Ana Diaz Negrete. ECF No. 13.

On April 20, 2021, Clerk's Orders of Default were entered against potential claimants, Israel Martinez Barbosa, ECF No. 17, and Francisco Martinez-Perez, ECF No. 18.

No timely claims to the Defendant property have been received or filed with the Court, and the deadline for filing timely claims has passed.

//

//

FINAL ORDER OF FORFEITURE AND ORDER GRANTING DEFAULT JUDGMENT – 2

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment and Final Order of Forfeiture, **ECF No. 19**, is **GRANTED**.

2. Default judgments are entered against the interests of Ana Diaz Negrete, Israel Martinez-Barbosa, and Francisco Martinez-Perez.

3. The Defendant property is hereby forfeited to the United States of America and no right, title, or interest shall exist in any other person or entity.

4. The United States Marshals Service shall dispose of the forfeited currency described herein in accordance with law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing or amending this order.

6. The Clerk's office shall **CLOSE** this file.

7. All deadlines and hearings set in this matter are **STRICKEN**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of April 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

FINAL ORDER OF FORFEITURE AND ORDER GRANTING DEFAULT JUDGMENT – 3